UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21622-CIV-MORENO

TRADEX GLOBAL MASTER FUND SPC LTD., THE ABL SEGREGATED PORTFOLIO 3 and TRADEX GLOBAL MASTER FUND SPC, LTD., THE ORIGINAL SEGREGATED PORTFOLIO 3, on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

PALM BEACH CAPITAL MANAGEMENT, LLC, ADMIRAL ADMINISTRATION LTD., KAUFMAN, ROSSIN & CO. (CAYMAN), KAUFMAN, ROSSIN & CO., BRUCE F. PREVOST and DAVID W. HARROLD,

    Defendants.
_____/

## ORDER OF REFERRAL TO MAGISTRATE JUDGE TORRES REGARDING MOTIONS TO DISMISS

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

PURSUANT to 28 U.S.C. § 636(b)(1)(A) and the Magistrate Judge Rules of the S.D. Fla. L.R., the above-captioned Cause is referred to **United States Magistrate Judge Edwin G. Torres** to submit a Report and Recommendation to this Court on Defendants Palm Beach Capital Management, LLC, Bruce F. Prevost and David W. Harrold's Motion to Dismiss Complaint **(D.E. No. 34)**, filed on **August 13, 2009**, and Defendant Admiral Administration Ltd.'s Motion to Dismiss Complaint **(D.E. No. 31)** filed on **August 13, 2009**.

All motions for extension or enlargement of time that relate to such motion are included with

this referral. Any applications for extension or modification of pretrial deadlines or the trial date shall be made to the District Judge.

It shall be the responsibility of the respective parties in this case to note on all motions and submissions pertaining to the referenced matters the name of Magistrate Judge Edwin G. Torres.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of ~~September~~ October, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record