UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21622-CIV-MORENO

TRADEX GLOBAL MASTER FUND SPC LTD., THE ABL SEGREGATED PORTFOLIO 3 and TRADEX GLOBAL MASTER FUND SPC, LTD., THE ORIGINAL SEGREGATED PORTFOLIO 3, on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

PALM BEACH CAPITAL MANAGEMENT, LLC, ADMIRAL ADMINISTRATION LTD., KAUFMAN, ROSSIN & CO. (CAYMAN), KAUFMAN, ROSSIN & CO., BRUCE F. PREVOST and DAVID W. HARROLD,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING WITHOUT PREJUDICE MOTION FOR ATTORNEYS' FEES

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Defendant's Admiral Administration Ltd.'s Motion for Attorneys' Fees and Costs (**D.E. No. 93**), filed on **March 31, 2010**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 108**) on **July 13, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections to the report have been filed and the time for doing so has now passed. Accordingly, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation (**D.E. No. 108**) on Admiral Administration Ltd.'s Motion for Attorneys' Fees and

Costs is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1) The Motion for Attorneys' Fees and Costs is DENIED without prejudice to any similar application to the court in the Cayman Islands.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of August, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record