UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21622-CIV-MORENO/TORRES

**TRADEX GLOBAL MASTER FUND SPC LTD., THE ABL SEGREGATED PORTFOLIO 3, and TRADEX GLOBAL MASTER FUND SPC LTD., THE ORIGINAL SEGREGATED PORTFOLIO 3, on behalf of themselves and all others similarly situated,**

      Plaintiffs,

  v.

**PALM BEACH CAPITAL MANAGEMENT, LLC, ADMIRAL ADMINISTRATION LTD., KAUFMAN, ROSSIN & CO. (CAYMAN), KAUFMAN, ROSSIN & CO., BRUCE F. PREVOST and DAVID W. HARROLD,**

      **Defendants.**
_____/

## NOTICE OF SETTLEMENT

Defendant Admiral Administration Ltd. ("Admiral") and plaintiffs hereby notify the Court that they have fully resolved and settled all claims relating to the above-captioned litigation. Pursuant to the terms of the Settlement Agreement and Mutual Release, which are hereby incorporated by reference, plaintiffs have agreed to dismiss their appeal of the above-captioned proceeding as to Admiral, and the parties have agreed not to seek recovery of attorneys' fees and expenses incurred in connection with the above-captioned litigation. Pursuant to the terms of the Settlement Agreement and Mutual Release, plaintiffs and Admiral request that the Court enter the attached agreed order retaining jurisdiction to enforce the

Settlement Agreement and Mutual Release. *See Kokkonen v. Guardian Life Ins. Co. of Americas*, 114 S.Ct. 1673 (1994).

Dated: August 23, 2010          Respectfully submitted,

By: /s/ Mia Burroughs Fraser
C. Ryan Reetz
Florida Bar No. 934062
crreetz@ssd.com
Mia B. Fraser
Florida Bar No. 0672270
mfraser@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Phone: 305-577-7000
Fax:    305-577-7001

Thomas K. Cauley, Jr. (admitted *pro hac vice*)
Steven E. Sexton (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000 (phone)
(312) 853-7036 (fax)
tcauley@sidley.com
ssexton@sidley.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 23, 2010, I electronically filed the foregoing Notice of Settlement using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of the Notice of Electronic Filing generated by CM/ECF, or via facsimile or U.S Mail, or in some other authorized manner for those counsel who are not authorized to receive electronic Notices of Electronic Filing.

                                                /s/ C. Ryan Reetz
                                                 C. Ryan Reetz

## SERVICE LIST

**Tradex Global Master Fund SPC Ltd, et al. v. Palm Beach Capital Management, LLC.**
**Case No. 09-21622-CIV-MORENO/TORRES**
**United States District Court, Southern District of Florida**

**Kenneth J. Vianale**
VIANALE & VIANALE LLP
2499 Glades Road, Suite 112
Boca Raton, FL 33431
Phone: 561-392-4750
Fax:    561-392-4775
*Via CM/ECF*

**Lee S. Shalov**
**Thomas G. Ciarlone**
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Phone: 212-239-4340
Fax:    212-239-4310
*Via CM/ECF*

**Andrew N. Friedman**
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Phone: 202-408-4600
Fax:    202-408-4699
*Via CM/ECF*
**Attorneys for Plaintiffs**

**Mitchell E. Herr**
**Stephen Warren**
HOLLAND & KNIGHT
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Phone: 305- 789-7736
Fax: 305-789-7799
**Via CM/ECF**
**Attorneys for Palm Beach Capital Management LLC**

**Pedro Louis DeMahy**
DEMAHY LABRADOR DRAKE PAYNE &CABEZA
150 Alhambra Circle
Alhambra Center − Penthouse
Coral Gables , FL 33134−1691
305−443−4850
Fax: 305−443−5960
*Via CM/ECF*

**Attorney for Kaufman, Rossin & Co.**

4